UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

In re:                                                                     :    Case No. 18-11241-cgm
                                                                                  :
ANDREW JOHN ESTOP GONZALEZ,      :    Chapter 7
                                                                                  :
                                           Debtor(s)          :
_____:

### ORDER TERMINATING LOSS MITIGATION AND FINAL REPORT

**Name of Creditor**: HSBC BANK

**Property Address**:  3701 DE GARMO LANE, COCONUT GROVE, FL 33133

**Last Four Digits of Account Number of Loan**: 0223

**File Date of Loss Mitigation request**: 09/28/2018

**Date of Entry of Loss Mitigation Order**: ____N/A_____

**Date of Entry of Order Approving Settlement (*if any*)**: ___N/A_____

**Other Requests for Loss Mitigation in this Case**: ____ Yes        __X__ No

The use of the Court's Loss Mitigation Program Procedures has resulted in the following *[please check appropriate box below]*:

| ☐ | Loan modification | X | Surrender of property |
| ☐ | Short sale | ☐ | No agreement has been reached |
| ☐ | Other: _____ | | |

**ORDERED**, that Loss Mitigation is terminated with respect to the Loan identified above by the last four digits of the account number.

Dated: September 27, 2019
Poughkeepsie, New York

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris
Chief U.S. Bankruptcy Judge**